NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DERRICK D. GILBERT,  )
                               )
        Appellant,  )
                               )
v.  )        Case No. 2D17-4843
                               )
STATE OF FLORIDA,  )
                               )
        Appellee.  )
_____)

Opinion filed May 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Derrick D. Gilbert, pro se.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and SILBERMAN and BLACK, JJ., Concur.